**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| BERNARD ALLEN HOUSTON, | |
| Plaintiff, | CIVIL ACTION NO.: 4:24-cv-241 |
| v. | |
| TROOPER DUSTIN ANDREW STONE, | |
| Defendants. | |

**O R D E R**

Before the Court is a "Stipulation of Dismissal with Prejudice," signed and filed by counsel

for Plaintiff and counsel for Defendants, which states that Plaintiff and Defendants Trooper Dustin

Andrew Stone, Sgt. Joseph Curlee, TFC Aaron DiGiacomo, Trooper Tyler Byrd, TFC Erik

Lawrence, Sgt. Josh Riddle, and Deputy Commissioner Kendrick Lowe stipulate to the dismissal

of this matter—and all claims asserted or that could have been asserted herein—with prejudice,

with each party to bear its own costs.[1]  (Doc. 40.)   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this

---

[1] The Court's docket—as well as the caption of the parties' Stipulation of Dismissal—indicate that the Georgia Department of Public Safety is a named defendant in this case.  (See doc. 40.)  While that entity was named as a Defendant in the original Complaint, (doc. 1), Plaintiff later filed an Amended Complaint in which he did not name the Georgia Department of Public Safety as a defendant and did not assert any claims against it, (doc. 29). Accordingly, the Georgia Department of Public Safety was dropped as party on January 29, 2025, when Plaintiff filed his Amended Complaint.  The Court **DIRECTS** the Clerk of Court to update the docket accordingly.

action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

    **SO ORDERED**, this 12th day of June, 2025.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2